**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| VIRGINIA MENDOZA AND REZA DASTANI, | Case No. CV 22-210-DMG (AFMx) |
| Plaintiff, | **ORDER RE JOINT STIPULATION FOR DISMISSAL OF ACTION WITH PREJUDICE [32]** |
| v. | |
| HYUNDAI MOTOR AMERICA; and DOES 1 through 10, inclusive, | |
| Defendant. | |

On June 2, 2026, the parties filed a Joint Stipulation for Dismissal with Prejudice.  [Doc. # 32.]  Good cause appearing, the Court **APPROVES** the parties' Stipulation.  In light of the parties' settlement, the Court hereby **ORDERS** that the above-captioned action is **DISMISSED, with prejudice, in its entirety**.

DATED:  June 8, 2026

_____
DOLLY M. GEE
Chief United States District Judge